RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 12/8/10
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JAMES BROWN | CIVIL ACTION NO. 09-0743 |
| VERSUS | JUDGE ROBERT G. JAMES |
| BURL CAIN, WARDEN | MAG. JUDGE KAREN L. HAYES |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to make a substantial showing of the denial of a constitutional right.

MONROE, LOUISIANA, this 9 day of December, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE