UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JAMES BROWN** | **CIVIL ACTION NO. 09-0743** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **BURL CAIN, WARDEN** | **MAG. JUDGE KAREN L. HAYES** |

**MEMORANDUM ORDER**

Petitioner James Brown ("Brown") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, which was denied by the Court on November 15, 2010. [Doc. No. 35]. At the time the Court issued its Judgment, it mistakenly failed to address whether a Certificate of Appealability ("COA") should issue.

On November 30, 2010, Brown, through counsel, filed a Notice of Appeal [Doc. No. 36]. On December 8, 2010, counsel also filed a Motion for Extension of Time to File a COA [Doc. No. 37]. Having fully reviewed the record, the Court found no basis to grant the extension because it concluded that a COA should be denied. Accordingly, on December 9, 2010, the Court issued an Order [Doc. No. 38] denying the extension of time and a separate denial of issuance of a COA [Doc. No. 39] on the basis that Brown had failed to make a substantial showing of the denial of a constitutional right. The Court noted in its Order denying the extension of time that Brown could seek a COA from the United States Court of Appeals for the Fifth Circuit. Brown's appeal remains pending before the Fifth Circuit.

On December 10, 2010, the Clerk of Court received motions filed by Brown, *pro se*. He moves the Court to dismiss his CJA Panel attorney; permit him to proceed on appeal, *pro se*; and

grant him a COA [Doc. Nos. 40 & 42]. Brown has the right to represent himself on appeal if he wishes to so. Therefore,

IT IS ORDERED that his motion to represent himself and for the dismissal of his CJA Panel attorney [Doc. No. 40] is GRANTED. Brown's counsel of record, Douglas Harville, is relieved of all further duties with regard to Brown's appeal.

IT IS FURTHER ORDERED that Brown's request for a COA is TRANSFERRED [Doc. No. 42] to the Fifth Circuit for its consideration.

MONROE, LOUISIANA, this 14th day of December, 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE